UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 SEP -3 AM 9: 33
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Magistrate Docket No. |
| Plaintiff, | '08 MJ 2705 |
| v. | COMPLAINT FOR VIOLATION OF: |
| **Salvador CAMARILLO-Saldana** | Title 8, U.S.C., Section 1326 Deported Alien Found in the United States |
| Defendant | |

The undersigned complainant, being duly sworn, states:

On or about **September 2, 2008** within the Southern District of California, defendant, **Salvador CAMARILLO-Saldana,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Ismael A. Canto
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **3rd** DAY OF **September, 2008**

_____
Leo S. Papas
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Salvador CAMARILLO-Saldana

## PROBABLE CAUSE STATEMENT

On September, 01, 2008, at approximately 10:00 P.M., Border Patrol Agent L. Barragan, while operating an infra-red scope, spotted a group of fifteen possible illegal aliens hiding in the surrounding brush west of the area locally known as Rush's Notch and approximately twenty yards south of State Route 94. This area is approximately 5 miles east of the Tecate, California Port of Entry and about 1.5 miles north of the United States/Mexico International Border. This area is notoriously known to be used by illegal aliens to further their illegal entry into the United States. Agent Barragan notified BPAs T. Gadea and J. Obermeyer via service radio of the location of the group. Agents Gadea and Obermeyer responded to the area where Agent Barragan had the group spotted. Upon arriving to the area, Agent Gadea and Obermeyer noticed a group of thirteen individuals, including one later identified as the defendant **Salvador, CAMARILLO-Saldana**, hiding in the surrounding brush. Agents Gadea and Obermeyer identified themselves as United States Border Patrol Agents in the Spanish and English languages and conducted a brief field interview on all subjects regarding their nationality and citizenship. All subjects, including Salvador CAMARILLO-Saldana, admitted to being citizens and nationals of Mexico illegally present in the United States without any legal documents that would allow them to enter or remain in the United States legally. All subjects were consequently placed under arrest and transported to the Forrest Gate processing center for further processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **January 17, 2008** through **Calexico, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.